FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 3 2019

JAMES W. McCORMACK, CLERK
By:_____
         DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00151 DPM |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| SAIWON BROWN, aka Wuda | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or about November 2016 until on or about October 1, 2018, in the Eastern District of Arkansas and elsewhere, the defendant,

SAIWON BROWN, aka Wuda,

voluntarily and intentionally conspired with others known and unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute more than 50 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

In or about March 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

In or about March 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed a firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

In or about mid-March 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 5

In or about mid-March 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed a firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6

In or about April 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 7

In or about April 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed a firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT 8

In or about May 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 9

In or about May 2017, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed a firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 8 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 10

On or about January 12, 2018, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 11

On or about January 12, 2018, in the Eastern District of Arkansas, the defendant,

SAIWON BROWN, aka Wuda,

knowingly and intentionally possessed a firearm, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, 841(a)(1), as set forth in Count 10 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or 11 of this Indictment, the defendant, SAIWON BROWN, aka Wuda, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or 11 of this Indictment, the defendant, SAIWON BROWN, aka Wuda, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION 3**

Upon conviction of Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, or 11 of this Indictment, the defendant, SAIWON BROWN, aka Wuda, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.